# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>SERGIO SANCHEZ-GARCIA,<br><br>　　Defendants | Case No.: 2:18-cr-00405-APG-NJK<br><br>**Order Accepting Report and Recommendation and Denying Motion to Dismiss**<br><br>[ECF Nos. 22, 24] |

On March 27, 2019, Magistrate Judge Koppe recommended that I deny defendant Sergio Sanchez-Garcia's motion to dismiss. ECF Nos. 22, 24. No party filed an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Koppe's report and recommendation **(ECF No. 24) is accepted** and defendant Sergio Sanchez-Garcia's motion to dismiss **(ECF No. 22) is DENIED**.

DATED this 2nd day of May, 2019.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE